

# Fourth Court of Appeals
## San Antonio, Texas

September 15, 2021

No. 04-21-00283-CV

Hayden **SOLARCZYK**,
Appellant

v.

Carl Orlander **GOVAN**, Jr.,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2020CV03861
Honorable J. Frank Davis, Judge Presiding

**ORDER**

This appeal is DISMISSED. *See* TEX. R. APP. P. 42.1(a)(1). Costs are taxed against the appellant. *See* TEX. R. APP. P. 42.1(d).

It is so **ORDERED** on September 15, 2021.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of September, 2021.

_____
Michael A. Cruz, Clerk of Court